# EXHIBIT A













# EXHIBIT B



# EXHIBIT C









# EXHIBIT D



















# EXHIBIT E









# EXHIBIT F



# EXHIBIT G





# EXHIBIT H





# EXHIBIT I











# EXHIBIT J

















# EXHIBIT K



# EXHIBIT L







# EXHIBIT M



# EXHIBIT N



















































# EXHIBIT O





# EXHIBIT P









